# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**SONIA DOTSON,**

      **Plaintiff,**

vs.                 5:18-CV-750
                        (MAD/ATB)

**CITY OF SYRACUSE, NEW YORK, ET AL.,**

      **Defendants.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss is **GRANTED**; the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 7th day of May, 2019.

DATED: May 7, 2019

*[signature]*
Clerk of Court

                s/Britney Norton
                Britney Norton
                Deputy Clerk